UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

04 10855 RWZ

BETTINA SCOTT,
    Plaintiff

MAGISTRATE JUDGE _____

v.

SCOTT G. ROSENTHAL;
CHARTERED FINANCE;
REALTY CORP.; BAYVIEW
FINANCIAL TRADING GROUP,
L.P.; FIRST UNION
NATIONAL BANK; INTERBAY
FUNDING, L.L.C.; KATHLEEN
M. HAYES; MARK D. HAYES,
a/k/a MICHAEL HAYES

RECEIPT # 55600
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 4/28/04

**NOTICE OF REMOVAL**

Now come the defendants Bayview Financial Trading Group, L.P., First Union National Bank, and Interbay Funding, L.L.C. (collectively, "Interbay") and respectfully remove this matter from the Massachusetts Superior Court, Bristol County, to the United States District Court for the Eastern District of Massachusetts pursuant to 28 U.S.C. §1446. Attached to this Notice is a true and accurate copy of the Verified Complaint along with the Summons and Restraining Order, all of which were served upon Interbay on April 2, 2004.

Grounds for removal are 28 U.S.C. §1332, diversity jurisdiction. The plaintiff is diverse from all of the defendants, and the amount in controversy exceeds $75,000. (While Interbay was not served with a Statement of Damages or Civil Action Cover

Sheet, at paragraph 24 of the Verified Complaint, the plaintiff seeks judgment against the defendants for "$400,000 plus interest.").

                                      BAYVIEW FINANCIAL TRADING GROUP, LP,
                                      FIRST UNION NATIONAL BANK and
                                      INTERBAY FUNDING, L.L.C.

                                      By Their Attorneys,

                                      */s/ David P. Russman/*

                                      Paul Michienzie, Esq. – BBO #548701
                                      David P. Russman, Esq. – BBO #567796
                                      Michienzie & Sawin LLC
                                      745 Boylston Street, 5th Floor
                                      Boston, MA 02116
Dated: 4/28/04                          Tel: 617-227-5660

## CERTIFICATE OF SERVICE

I, David P. Russman, attorney for defendants, hereby certify that I have on this 28th day of April, 2004, served a copy of the foregoing Notice of Removal, via Federal Express, to the following counsel of record:

Marc E. Chapdelaine, Esq.
George O. Gregson, P.C.
325 Central Street
Saugus, MA   01906

Todd McGrath, Esq.
Seyfarth, Shaw
Two Seaport Lane
Boston, MA 02210

Jordan Shapiro, Esq.
Shapiro & Hender
640 Main Street, Box 392
Malden, MA 02148

_____
David P. Russman