Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00309
### Scott v Rosenthal et al

| Date | Paper | Text |
|---|---|---|
|  | 5.0 | ORDERED and ADJUDGED that said restraining order be and hereby is continued until the hearing on April 22, 2004 at 2:00 p.m. at the Taunton Superior Courthouse. (Barbara J. Rouse, Justice) PFL, Asst. Clerk/Magistrate |
| 04/22/2004 | 6.0 | ORDER continuing TRO in force until further Order of the Court by agreement of counsel: it is ORDERED that said restraining order be and hereby is continued in force until the hearing on May 4, 2004 at 2:00 p.m. at the Taunton Superior Courthouse. (Barbara J. Rouse, Justice) VAB, Asst. Clerk/Magistrate |
| 04/23/2004 | 7.0 | ANSWER and CROSSCLAIM by Scott G. Rosenthal and Chartered Finance and Realty Corp. to COMPLAINT (claim of trial by jury requested) |
| 04/30/2004 | 8.0 | Atty David P Russman's notice of appearance for Bayview Financial Trading Group, L.P., First Union National Bank and Interbay Funding, L.L.C. |
| 04/30/2004 |  | Case REMOVED this date to US District Court of Massachusetts (0410855RWZ) |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 03/25/2004 | CtRm Main - (Taunton) | Status: by clerk | Event held as scheduled |
| 03/30/2004 | CtRm Main - (Taunton) | Initial One Trial Review Motion/Hearing: show cause #2 | Event held as scheduled |
| 04/08/2004 | CtRm Main - (Taunton) | Motion/Hearing: show cause #2: Judge McLaughlin refused to hear case. | Event not reached by Court |
| 04/22/2004 | CtRm Main - (Taunton) | Motion/Hearing: show cause #2 | Event not held-joint request |
| 05/04/2004 | CtRm Main - (Taunton) | Motion/Hearing: prel inj #2 | Event canceled not re-scheduled |

A True Copy By Photostatic Process
Attest:
Asst. Clerk of Courts

MAS-20031124　　　　　　　　　　　　　　　　Case 1:04-cv-10855-RWZ   Document 2   Filed 05/10/2004   Page 2 of 4　　　05/06/2004
andradem　　　　　　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　11:05 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRISTOL SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

## BRCV2004-00309
### Scott v Rosenthal et al

| | | | |
|---|---|---|---|
| **File Date** | 03/25/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 04/30/2004 | **Session** | C - CtRm Main - (Taunton) |
| **Origin** | 1 | **Case Type** | D02 - Reach & apply (214.003) |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 06/23/2004 | **Answer** | 08/22/2004 | **Rule12/19/20** | 08/22/2004 |
| **Rule 15** | 08/22/2004 | **Discovery** | 01/19/2005 | **Rule 56** | 02/18/2005 |
| **Final PTC** | 03/20/2005 | **Disposition** | 05/19/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Bettina Scott
Active 03/25/2004

**Private Counsel 655649**
Marc E Chapdelaine
George O Gregson, PC
325 Central Street
Saugus, MA 01906
Phone: 781-233-1133
Active 03/25/2004 Notify

**Defendant**
Scott G. Rosenthal
New York, NY 10016-8236
Answered: 04/23/2004
Answered 04/23/2004

**Private Counsel 454240B**
Jordan L Shapiro
Shapiro & Shapiro
640 Main Street, PO Box 392
Malden, MA 02148-9830
Phone: 781-324-5200
Fax: 781-322-4712
Active 04/23/2004 Notify

**Defendant**
Chartered Finance and Realty Corp.
575 Lexington Avenue
New York, NY 10022
Answered: 04/23/2004
Answered 04/23/2004

*** See Attorney Information Above ***

**Defendant**
Bayview Financial Trading Group, L.P.
2665 S. Bayshore Dr., 3rd Floor
Miami, FL 33133
Service pending 03/25/2004

**Private Counsel 567796**
David P Russman
Michienzie & Sawin
745 Boylston Street
5th Floor
Boston, MA 02116
Phone: 617-227-5660
Fax: 617-227-5882
Active 05/06/2004 Notify

MAS-20031124
andradem
Case 1:04-cv-10855-RWZ   Document 2   Filed 05/10/2004   Page 3 of 4
05/06/2004
11:05 AM

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

### BRCV2004-00309
### Scott v Rosenthal et al

**Defendant**
First Union National Bank and Interbay Funding, L.L.C.
One First Union Center
301 South College Street
Charlotte, NC 28288
Service pending 03/25/2004

**Defendant**
Kathleen M. Hayes
68 Raymond Drive
Seekonk, MA 02771
Service pending 03/25/2004

**Defendant**
Mark D. Hayes a/k/a Michael Hayes
68 Raymond Drive
Seekonk, MA 02771
Service pending 03/25/2004

**Other interested party**
FILE COPY
Active 03/25/2004 Notify

**Plaintiff/crossclaim**
Scott Rosenthal
Active 04/23/2004

**Private Counsel 454240B**
Jordan L Shapiro
Shapiro & Shapiro
640 Main Street, PO Box 392
Malden, MA 02148-9830
Phone: 781-324-5200
Fax: 781-322-4712
Active 04/23/2004 Notify

**Plaintiff/crossclaim**
Chartered Finance and Realty Corporation
575 Lexington Avenue
Active 04/23/2004

*** See Attorney Information Above ***

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00309
### Scott v Rosenthal et al

**Defendant/crossclaim**
Bayview Financial Trading Group, L.P.
2665 South Bayshore Drive
3rd Floor
Miami, FL
Active 04/23/2004

**Defendant/crossclaim**
First Union National Bank
One First Union Center
301 South College Street
Charlotte, NC 28288
Active 04/23/2004

**Defendant/crossclaim**
Interbay Funding, LLC
2601 South Bayshore Drive
Suite 400
Active 04/23/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/25/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 03/25/2004 | | Origin 1, Type D02, Track F. |
| 03/25/2004 | 2.0 | Plaintiff, Bettina Scott's emergency MOTION for Temporary Restraining Order |
| 03/25/2004 | | MOTION (P#2) ALLOWED (Joseph M. Walker, III, Justice) Notice given in hand |
| 03/25/2004 | 3.0 | TEMPORARY RESTRAINING ORDER issued; $90.00 fee received, Kathleen M. Hayes and Mark D. Hayes a/k/a Michael Hayes, returnable March 30, 2004 (Orig. w/ seal given in hand) |
| 03/30/2004 | | MOTION (P#3) The Temporary restraining order is extended to April 8, 2004. Should the April 8, 2004 hearing need to be rescheduled by the court, it is this court's intention that the order be extended until that hearing. (Joseph M. Walker, III, Justice). Notices mailed March 30, 2004 |
| 03/30/2004 | 4.0 | ORDER continuing TRO in force until further Order of the Court: it is ORDERED and ADJUDGED that said restraining order be and hereby is continued until the hearing on April 8, 2004 at 2:00 p.m. at the Taunton Superior Courthouse. Should the April 8th hearing need to be rescheduled by the Court, it is the Court's intention that the order be extended until that further hearing. (Joseph M. Walker, III, Justice) MAF, Asst. Clerk/Magistrate |
| 04/06/2004 | 5.0 | ORDER continuing TRO in force until further Order of the Court: it is |