UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS            04-CV-10855

|   |   |
|---|---|
| BETTINA SCOTT<br>     Plaintiff<br>v.<br>SCOTT G. ROSENTHAL AND CHARTERED<br>FINANCE AND REALTY CORP., AND BAYVIEW<br>FINANCIAL TRADING GROUP, L.P. AND<br>FIRST UNION NATIONAL BANK AND INTERBAY<br>FUNDING, L.L.C. AND KATHLEEN M. HAYES<br>AND MARK D. HAYES AKA MICHAEL HAYES<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Now comes the Plaintiff in the above referenced action and moves this Court to enjoin the Defendants from assigning, selling, transferring or otherwise encumbering mortgage/note secured by property held in the names of Kathleen M. Hayes and Mark D. Hayes and located at 21 Industrial Court, Seekonk, Bristol County, Massachusetts.

Plaintiff further moves that this Court order that all payments made on said Mortgage be paid to into the Court until such time as discovery can be completed.

In support of said motion, Plaintiff submits the Verified Complaint attached hereto and incorporated herein by reference, which Verified Complaint sets forth the grounds for this motion.

RESPECTFULLY SUBMITTED
FOR THE PLAINTIFF
BY HER ATTORNEY,

*/s/ Marc E. Chapdelaine*
Marc E. Chapdelaine BBO # 655649
George O. Gregson, P.C.
325 Central Street
Saugus, Massachusetts 01906
781-233-1133

Dated: May 6, 2004

Allowed
Ryan Zobel
5/6/04