UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No. 04-CV-10855

| | |
|---|---|
| BETTINA SCOTT<br>    Plaintiff<br>v.<br>SCOTT G. ROSENTHAL AND CHARTERED<br>FINANCE AND REALTY CORP., AND BAYVIEW<br>FINANCIAL TRADING GROUP, L.P. AND<br>FIRST UNION NATIONAL BANK AND INTERBAY<br>FUNDING, L.L.C. AND KATHLEEN M. HAYES<br>AND MARK D. HAYES AKA MICHAEL HAYES<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRELIMINARY INJUNCTION ORDER (PROPOSED BY PLAINTIFF)

1. The defendant, Chartered Finance and Realty Corp. is hereby ordered not to convey, sell, transfer or otherwise encumber any and all interest in the mortgage secured by the property held in the names Kathleen M. Hayes and Mark D. Hayes and located at 21 Industrial Court, Seekonk, Bristol County, Massachusetts. Said mortgage was recorded at the Bristol County Registry of Deeds in Book 8840, Page 209. Said mortgage was assigned on an illegible document but believed to be First Union National Bank on June 9, 2000 and recorded at the Bristol County Registry of Deeds on April 3, 2001 in Book 9322, Page 278.

2. The defendant, BayView Financial Trading Group, L.P. (BayView) is hereby ordered not to convey, sell, transfer or otherwise encumber any and all interest in the mortgage secured by the property held in the names Kathleen M. Hayes and Mark D. Hayes and located at 21 Industrial Court, Seekonk, Bristol County, Massachusetts. Said mortgage was recorded at the Bristol County Registry of Deeds in Book 8840, Page 209. Said mortgage was assigned on an illegible document but believed to be First Union National Bank on June 9, 2000 and recorded at the Bristol County Registry of Deeds on April 3, 2001 in Book 9322, Page 278. BayView is noted on the top of the assignment and original mortgage as the return addressee.

3. The defendant, Interbay Funding, LLC (Interbay) is hereby ordered not to convey, sell, transfer or otherwise encumber any and all interest in the mortgage secured by the property held in the names Kathleen M. Hayes and Mark D. Hayes and located at 21 Industrial Court, Seekonk, Bristol County, Massachusetts. Said mortgage was recorded at the Bristol County Registry of Deeds in Book 8840, Page 209. Said mortgage was assigned on an illegible document but believed to be First Union National Bank on June 9, 2000 and recorded at the Bristol County Registry of Deeds on April 3, 2001 in Book 9322, Page 278. Interbay is apparently the processing agent

for one or all of the above defendants since they or it are paid the regular monthly mortgage payments.

4. The defendant, First Union National Bank is hereby ordered not to convey, sell, transfer or otherwise encumber any and all interest in the mortgage secured by the property held in the names Kathleen M. Hayes and Mark D. Hayes and located at 21 Industrial Court, Seekonk, Bristol County, Massachusetts. Said mortgage was recorded at the Bristol County Registry of Deeds in Book 8840, Page 209. Said mortgage was assigned on an illegible document but believed to be First Union National Bank on June 9, 2000 and recorded at the Bristol County Registry of Deeds on April 3, 2001 in Book 9322, Page 278.

5. The defendants, Kathleen M. Hayes and Mark D. Hayes, shall henceforth pay their monthly mortgage payment into this Court which funds shall be held in escrow until this action is resolved.

A hearing on this issue has been held at the United States District Court, District of Massachusetts on May 14, 2004 at 9:30 a.m. After said hearing, this preliminary injunction is hereby allowed this 14th day of May 2004 and shall continue until further order of this court,

_____
Honorable Rya W. Zobel