UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

BETTINA SCOTT,
    Plaintiff,

v.

SCOTT G. ROSENTHAL,
CHARTERED FINANCE AND REALTY CORP.,
BAYVIEW FINANCIAL TRADING GROUP, LP,
FIRST UNION NATIONAL BANK and
INTERBAY FUNDING, L.L.C.,
KATHLEEN M. HAYES,
MARK D. HAYES a/k/a MICHAEL HAYES,
    Defendants.

1:04-CV-10855-RWZ

## AUTOMATIC DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

Now come the defendants BayView Financial Trading Group, LP, First Union National Bank, and Interbay Funding, L.L.C., (the "Defendants") and respectfully provide the following disclosures.

Federal Rule of Civil Procedure 26(a)(1)

(A). The name and if known address and telephone number of each individual likely to have discoverable information that the Defendants may use to support their claims or defenses, unless solely for impeachment, and the subjects of the information are as follows:

Bettina Scott;
Scott Rosenthal;
Mark D. Hayes;
Kathleen M. Hayes;
Peter Brooks (Marsh, Moriarty, Antell & Dacey, P.C.);
Richard Pietrykowski (BayView)

(B). A copy of or a description by category and location of all documents, dated compilations, and tangible things that are in the possession, custody or control of

the Defendants and that the Defendants may use to support its claims or defenses unless for impeachment:

In addition to the documents already produced to the plaintiff and the documents filed with the Court, additional loan closing documents are at the Defendants' counsel's office and will be made available to the plaintiff at a mutually convenient time.

(C).  A computation of any category of damages claimed by the Defendants, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which the computation is based, including materials bearing on the nature and extent of injuries: None.

(D).  As under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or indemnify or reimburse for payments made to satisfy the judgment:

None.

Federal Rule of Civil Procedure 26(a)(2)

The Defendants have not yet determined who, if anyone, they will call as an expert at trial of this matter. The Defendants are cognizant of their obligation to supplement this response seasonably before trial.

BAYVIEW FINANCIAL TRADING GROUP, LP,
FIRST UNION NATIONAL BANK and
INTERBAY FUNDING, L.L.C.

By their attorneys,

/s/ David C. Russman

Paul Michienzie, Esq. – BBO #548701
David P. Russman, Esq. – BBO #567796
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: 617-227-5660

Dated: 5/24/04

{00053304.DOC}

2

## CERTIFICATE OF SERVICE

I, David P. Russman, Esquire, hereby certify that I have this ___24th___ day of May, 2004 served the foregoing, by causing copies hereof to be mailed, first-class mail, postage prepaid, to the following:

Marc E. Chapdelaine, Esq.
George O. Gregson, P.C.
325 Central Street
Saugus, MA  01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Lane
Boston, MA  02210

Jordan Shapiro, Esq.
Shapiro & Hender
640 Main Street
P.O. Box 392
Malden, MA  02148

_____
David P. Russman

{00053304.DOC}                         3