UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT, )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>SCOTT G. ROSENTHAL, )<br>CHARTERED FINANCE AND REALTY CORP., )<br>BAYVIEW FINANCIAL TRADING GROUP, LP, )<br>FIRST UNION NATIONAL BANK and )<br>INTERBAY FUNDING, L.L.C., )<br>KATHLEEN M. HAYES, )<br>MARK D. HAYES a/k/a MICHAEL HAYES, )<br>Defendants. )<br> ) | 1:04-CV-10855-RWZ |

**DEFENDANTS' CHARTERED FINANCE AND SCOTT ROSENTHAL'S COUNSEL'S
CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 16(b), Rule 16.4, AND RULE 16.1(D)(3)(a)**

I, Jordan L. Shapiro, certify that I conferred with Scott Rosenthal, President of Chartered

Finance and Realty Corp. as to the potential costs of litigation and as to whether alternative

dispute resolution programs are acceptable to the Defendants, on the above referenced matter.

Respectfully submitted,

JORDAN L. SHAPIRO
SHAPIRO & HENDER
640 Main Street, PO Box 392
Malden, MA 02148
Tel. 781 324 5200

## CERTIFICATE OF SERVICE

I, Jordan L. Shapiro, certify that I notified the counsel for the Plaintiff and all counsel for the Defendants that I served counsel for the Plaintiff, Bettina Scott with Plaintiff's certificate of compliance with with Local Rule 16.1(d)(3)(a), the Sworn Statement, and Defendants Chartered Finance's and Scott Rosenthal's Automatic Disclosure, by forwarding a copy of the same, together with this certificate of service, by regular mail, postage prepaid, addressed to:

Marc E Chapdelaine, Es.q
C/o George O Gregson, PC
325 Central Street
Saugus, MA 01906


Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Lane
Boston, MA 02210


David Russman, Esq.
C/o Michienzie & Sawin, LLC
745 Boylston Street, 5th Fl
Boston, MA 02116


Signed under the penalties of perjury this 28th day of May, 2004

JORDAN L. SHAPIRO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT,<br>    Plaintiff,<br><br>v.<br><br>SCOTT G. ROSENTHAL,<br>CHARTERED FINANCE AND REALTY CORP.,<br>BAYVIEW FINANCIAL TRADING GROUP, LP,<br>FIRST UNION NATIONAL BANK and<br>INTERBAY FUNDING, L.L.C.,<br>KATHLEEN M. HAYES,<br>MARK D. HAYES a/k/a MICHAEL HAYES,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  1:04-CV-10855-RWZ<br>)<br>)<br>)<br>)<br>) |

## SWORN STATEMENTS OF DEFENDANTS, CHARTERED FINANCE AND SCOTT ROSENTHAL, UNDER LOCAL RULE 26.1(B)

Now comes Scott Rosenthal, individually and as President of the Defendant,

CHARTERED FINANCE and Realty Corp., and, being duly sworn, does make the following

affidavit:

(a)    All persons now known to the Defendants or Defendants' attorneys who witnessed the

transaction or occurrence giving rise to the claim or otherwise is known or believed to have

substantial discoverable information about the claims or defenses, and a statement of the subject

matter and a brief summary of that information, is as follows:

Richard Golder, Esq.  may have information as to the loan closing;

Mr and Mrs. Hayes, may have loan processing, application and/or closing documents;

4

The representative of Bay View Financial Trading Group may have loan documents, applications and/or closing documents;

Representatives of the title company that insured the mortgage may have doucments made in connection with insuring the mortgage or its subsequent assumption;

Fred Cover worked for Chartered several years ago, his present whereabouts are unknown, may have information regarding loan transactions;

(b) All opposing parties and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the Defendants regarding the subject matter of the claims or defenses: NONE.

(c) All government agencies or official then known to have investigated the transaction or occurrence: NONE KNOWN.

NOTE: The individual defendant, Scott Rosenthal, has been named in this matter in error. No judgment has issued against the defendant, Scott Rosenthal.

SIGNED UNDER THE PENALTIES OF PERJURY DATED: 5/28/04

CHARTERED FINANCE AND REALTY CORP.

BY: _____

Scott Rosenthal, Individually and as Pres.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTINA SCOTT,<br>        Plaintiff,<br><br>v.<br><br>SCOTT G. ROSENTHAL,<br>CHARTERED FINANCE AND REALTY CORP.,<br>BAYVIEW FINANCIAL TRADING GROUP, LP,<br>FIRST UNION NATIONAL BANK and<br>INTERBAY FUNDING, L.L.C.,<br>KATHLEEN M. HAYES,<br>MARK D. HAYES a/k/a MICHAEL HAYES,<br>        Defendants. | 1:04-CV-10855-RWZ |

## AUTOMATIC DISCLOSURE OF DEFENDANTS' CHARTERED FINANCE AND REALTY CORP AND SCOTT G. ROSENTHAL

Pursuant to Fed. R. Civ. P. 26 (a), the Defendants make the following disclosures:

Rule 26 (a)(1)(A): Names and addresses and telephone numbers of individuals with discoverable information:

Richard Golder, Esq.  may have information as to the loan closing;
Mr and Mrs. Hayes, may have loan processing, application and/or closing documents;
The representative of Bay View Financial Trading Group may have loan documents, applications and/or closing documents;
Representatives of the title company that insured the mortgage may have doucments made in connection with insuring the mortgage or its subsequent assumption;
Fred Cover worked for Chartered several years ago, his present whereabouts are unknown, may have expert testimony regarding loan transactions;

6

<u>Rule 26(a)(1)(B)</u>: Copy of or description of all documents, etc.

The documents supplied by closing counsel, Richard Golder, along with a "mortgage Loan Purchase Agreement by and between Bayview Financial Trading Group LP Purchaser and Chartered Finance & Realty Corporation Seller dated September 28, 1999" and any documents provided by the other defendants

<u>Rule 26(A)(1)(C)</u>: Computation of damages

Defendants expect to seek reasonable attorney's fees and costs, in the event the within action is determined to be without merit and/or frivolous, pursuant to Rule 11.

<u>Rule 26(a)(1)(D)</u> Copy of insurance agreement:

NONE.

The Defendants have not yet selected an expert.

NOTE: The defendant, Scott Rosenthal has been named in error in the complaint. The Plaintiff has recovered no judgment against said Defendant. Notwithstanding said fact, said Defendant adopts the disclosures set forth herein.

Respectfully submitted,
THE DEFENDANT,


JORDAN L. SHAPIRO
SHAPIRO & HENDER
640 Pleasant Street
Malden, MA 02148
Tel. 781 324 5200
BBO #454240


DATED: May 29, 2004

# *Shapiro & Hender*

LAW OFFICES

### *640 Main Street*
### *P.O. Box 392*
### *Malden, Massachusetts 02148*

TEL. (781) 324-5200
FAX (781) 322-4712
JORDAN'S EMAIL: JSLAWMA@AOL.COM
DANIELLE'S EMAIL: dheskwyr@gis.net
ERIC'S EMAIL: gr8counsel@yahoo.com

JORDAN L. SHAPIRO
DANIELLE M. HENDER
ERIC L. SHWARTZ
SOL H. SHAPIRO (1937-1990)

_____

OF COUNSEL
DAVID P. SHAPIRO

May 28, 2004

Clerk's Office, Civil
US District Court
One Courthouse Way
Boston, MA 02110

Dear Sir or Madam,

RE: Scott
Vs Rosenthal etal
Docket No. 1:04-CV-10855- RWZ

I enclose for filing Defendant's Counsel's certificate of compliance with Local Rule 16 (b), Rule 16.4, and Rule 16.1(D)(3)(a), Sworn Statements of Defendant under Local Rule 16.1B, and Automatic Disclosure of Defendants Chartered Finance and Realty Corp and Scott G Rosenthal, together with certificate of service, for filing.

Very truly yours,

JORDAN L. SHAPIRO

Marc E Chapdelaine, Esq
C/o George O Gregson, PC
325 Central Street
Saugus, MA 01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Lane
Boston, MA 02210

David Russman, Esq.
C/o Michienzie & Sawin, LLC
745 Boylston Street, 5th Fl
Boston, MA 02116