UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 04-CV-10855

FILED
CLERKS OFFICE
2004 JUN 30 P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

BETTINA SCOTT )
    Plaintiff )
 )
v. )
 )
SCOTT G. ROSENTHAL AND CHARTERED )
FINANCE AND REALTY CORP., AND BAYVIEW )
FINANCIAL TRADING GROUP, L.P. AND )
FIRST UNION NATIONAL BANK AND INTERBAY )
FUNDING, L.L.C. AND KATHLEEN M. HAYES )
AND MARK D. HAYES AKA MICHAEL HAYES )
    Defendants )
 )

## MOTION FOR LEAVE OF COURT FOR THE TAKING OF DEPOSITION

Now comes the plaintiff, Bettina Scott, and petitions this Court for leave to depose the Keeper of the Records and defendant, Scott G. Rosenthal, in regard to the following business entities:
1. Chartered Finance and Realty Corporation
2. Chartered Properties, LLC
3. Charted Holdings, LLC

All said entities are substantially related to Charted Finance and Realty Corporation and Scott G. Rosenthal. (See Exhibit A for New York Department of State information linking the aforementioned entities)

In further support of said motion, defendants, Scott G. Rosenthal and Chartered Finance and Realty Corporation's, attorney, Jordan Shapiro, Esquire advised that his client would not attend a deposition unless ordered by the Court. (See Exhibit B for email from Jordan Shapiro to plaintiff's counsel)

WHEREFORE, the plaintiff moves for leave to depose the Keeper of the Records and defendant, Scott G. Rosenthal, in regard to Chartered Finance and Realty Corporation, Chartered Properties, LLC, and Charted Holdings, LLC.

RESPECTFULLY SUBMITTED,
PLAINTIFF, BY HER ATTORNEYS,
George O. Gregson P.C.

*/s/ Marc E. Chapdelaine*
Marc E. Chapdelaine, BBO # 655649
325 Central Street
Saugus, Massachusetts 01906
(781) 233-1133

Dated: June 15, 2004

# EXHIBIT A

Entity Information

# NYS Department of State
## Division of Corporations

## Entity Information

Selected Entity Name: CHARTERED FINANCE & REALTY CORPORATION

> Current Entity Name: CHARTERED FINANCE & REALTY CORPORATION
> Initial DOS Filing Date: APRIL 28, 1987
> County: NEW YORK
> Jurisdiction: NEW YORK
> Entity Type: DOMESTIC BUSINESS CORPORATION
> Current Entity Status: ACTIVE

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
CHARTERED FINANCE & REALTY CORPORATION
C/O SOCTT ROSENTHAL
330 EAST 49TH STREET
NEW YORK, NEW YORK *

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

http://appsext5.dos.state.ny.us/corp_public/display_entity?p_nameid=1274834&p_corpid=...  5/26/2004

# NYS Department of State
## Division of Corporations

## Entity Information

Selected Entity Name: CHARTERED PROPERTIES LLC

> Current Entity Name: CHARTERED PROPERTIES LLC
> Initial DOS Filing Date: AUGUST 29, 1997
> County: NEW YORK
> Jurisdiction: NEW YORK
> Entity Type: DOMESTIC LIMITED LIABILITY COMPANY
> Current Entity Status: ACTIVE

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
C/O SCOTT ROSENTHAL
575 LEXINGTON AVE.
SUITE 2850
NEW YORK, NEW YORK 10022

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

# NYS Department of State
## Division of Corporations

## Entity Information

Selected Entity Name: CHARTERED HOLDINGS LLC

Current Entity Name: CHARTERED HOLDINGS LLC
Initial DOS Filing Date: NOVEMBER 15, 1996
County: NEW YORK
Jurisdiction: NEW YORK
Entity Type: DOMESTIC LIMITED LIABILITY COMPANY
Current Entity Status: ACTIVE

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
C/O CHARTERED FINANCE & REALTY
575 LEXINGTON AVE
#2850
NEW YORK, NEW YORK 10022

Registered Agent
NONE

NOTE: New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

http://appsext5.dos.state.ny.us/corp_public/display_entity?p_nameid=2131269&p_corpid=... 5/26/2004

# EXHIBIT B

**marc@gregsonlawoffice.com**

From: &lt;JSLAWMA@aol.com&gt;
To: &lt;marc@gregsonlawoffice.com&gt;
Cc: &lt;scott.rosenthal@verizon.net&gt;; &lt;RGolder@mmoglaw.com&gt;
Sent: Wednesday, May 19, 2004 4:18 PM
Attach: A new love may be waiting for you.eml
Subject: Fwd: Local Rule 26

I have notified my client that you wish to depose him in New York on June 21. The Local Rules prohibit that, until after our meeting with the Court. You certainly may file a Motion with the Court requesting leave to depose my client and I will oppose the same, as in violation of the Rules.

By this note to my client, I am notifying my client, pursuant to Local Rule 26.2 (B), to FORTHWITH send to me (preferably by overnight mail) THREE SETS of the following:
(a) identify all persons known to you who witnessed the transaction or occurrence giving rise to the claim or otherwise known to have substantial discoverable information about the claim or defenses, together with a statement of the subject and a brief summary of that inofmraiton;
(b) names of all officers, directors, employees from whom you have obtained statements regarding the subject matter of the claims or defenses.
(c) a copy of or a description by category and location of all documents, data compilations, and tangible things that you have; include documents that you may use to support your defenses.
(d) a copy of any insurance policy that may be the source of payment for your claim;

By this note to Atty Richard Golder that he provide to me ONE COPY (I'll make duplicates) of all documents requested by Atty Chapdelaine in his subpoena. I'll review them for attorney client privilege possibilities and send them on to Chapdelaine.

6/15/2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 04-CV-10855

BETTINA SCOTT )
   Plaintiff )
    )
v. )
    )
SCOTT G. ROSENTHAL AND CHARTERED )
FINANCE AND REALTY CORP., AND BAYVIEW )
FINANCIAL TRADING GROUP, L.P. AND )
FIRST UNION NATIONAL BANK AND INTERBAY )
FUNDING, L.L.C. AND KATHLEEN M. HAYES )
AND MARK D. HAYES AKA MICHAEL HAYES )
   Defendants )

## NOTICE OF TAKING DEPOSITION OF KEEPER OF THE RECORDS

Notice is hereby given that on Tuesday, July 20, 2004, at 9:30 a.m. at the Holiday Inn Bridgeport, located at 1070 Main Street, Bridgeport, Connecticut, before a Notary Public, Marc E. Chapdelaine, Esquire, attorney for the Plaintiff in the above action, will take the deposition in the above action of the Keeper of the Records, Chartered Properties, LLC, pursuant to the applicable provisions of the Federal Rules of Civil Procedure.

The oral examination will continue from day to day until completed. You are invited to attend and examine the said Keeper of the Records.

The deponent is required to bring all of the documents on "Schedule A" for inspection and copying.

Date: June 15, 2004

_Marc E. Chapdelaine_
Marc E. Chapdelaine, BBO # 655649
ATTORNEY FOR THE PLAINTIFF
George O. Gregson P.C.
325 Central Street
Saugus, Massachusetts 01906
781-233-1133

## SCHEDULE A

1. Copies of any checks or receipts acknowledging the transfer of moneys paid by BayView Financial Trading Group, L.P. in consideration of the assignment of mortgage.

2. Copies of any documents relating to the assignment of loan number 200000217 to Interbay Funding, L.L.C. and/or M&T Mortgage Corporation.

3. Copies of any documents relating to the assignment of loan number 200000217 from Chartered Finance and Realty Corporation.

4. Copies of any checks or other receipts that acknowledge the transfer of moneys received relating to the assignment of the mortgage secured by 21 Industry Court, Seekonk, Massachusetts and referenced by BayView Financial Trading Group, L.P. loan number 200000217.

5. Copies of any checks or other receipts that acknowledge the transfer of moneys received relating to the assignment of the mortgage secured by 21 Industrial Court, Seekonk, Massachusetts and referenced by BayView Financial Trading Group, L.P. loan number 200000217.

6. Copies of any checks, bank statements or other receipts that define the phrase ""FOR VALUE RECEIVED" as written on the Assignment of mortgage from the Assignor, Chartered Finance and Realty Corporation.

7. Copies of any checks, bank statements or other receipts that define the phrase ""FOR VALUE RECEIVED" as written on the Assignment of mortgage from the indentured trustee, First Union National Bank.