UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT<br>    Plaintiff<br><br>v.<br><br>SCOTT ROSENTHAL and CHARTERED<br>FINANCE AND REALTY CORP., and<br>BAYVIEW FINANCIAL TRADING<br>GROUP, L.P. and FIRST UNION<br>NATIONAL BANK and INTERBAY<br>FUNDING, L.L.C. and KATHLEEN M.<br>HAYES and MARK HAYES a/k/a<br>MICHAEL HAYES<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   1:04-CV-10855-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF CHARTERED FINANCE AND REALTY CORP.
IN SUPPORT OF MOTION TO DISMISS

Now comes Chartered Finance and Realty Corp., by and through its President, Scott Rosenthal, and being duly sworn, does make the following affidavit:

1.I am Scott Rosenthal, president of Chartered Finance and Realty Corp. (hereafter "Chartered:) which has at all relevant periods, had a place of business at 575 Lexington Avenue, New York, New York.

2.To the best of my knowledge, the Plaintiff has at all relevant periods been a resident of Connecticut.

1

3. The Hayes family contacted Chartered in New York to seek a high-risk loan in early 2000.

4. Chartered solicited no business in Massachusetts.

5. The one and only transaction Chartered was involved with in Massachusetts is the Hayes loan, which was consummated in June, 2000, which is the subject of this lawsuit.

6. Chartered was paid a commission of about $38,000, which sum was paid to it in June, 2000.

7. Chartered's only activity in Massachusetts was to introduce the Hayes family to the underwriter, BayView and the ultimate lender, First Union National Bank. Because Chartered took the Hayes application, the underwriter and lender required the loan to be recorded at the Registry of Deeds initially in the name of Chartered, who then immediately assigned the loan and related documents to the ultimate lender. This is a generally acceptable custom in the business of consumer real estate loans.

8. Chartered has been involved with no other Massachusetts business transactions since this one and only transaction in June, 2000.

SIGNED UNDER THE PENALTIES OF PERJURY June 29, 2004

CHARTERED FINANCE AND REALTY CORP

BY _____

Its President