UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTINA SCOTT,
    Plaintiff,

v.

SCOTT G. ROSENTHAL,
CHARTERED FINANCE AND REALTY CORP.,
BAYVIEW FINANCIAL TRADING GROUP, LP,
FIRST UNION NATIONAL BANK and
INTERBAY FUNDING, L.L.C.,
KATHLEEN M. HAYES,
MARK D. HAYES a/k/a MICHAEL HAYES,
    Defendants.

1:04-CV-10855-RWZ

## DEFENDANTS' BAYVIEW FINANCIAL, FIRST UNION NATIONAL BANK AND INTERBAY FUNDNG, L.L.C.'S COUNSEL'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16(b), RULE 16.4, AND RULE 16.1(D)(a)

I, David P. Russman, certify that I conferred with Bayview Financial Trading Group, LP, First Union National Bank and Interbay Funding, LLC, as to the potential costs of litigation and as to whether alternative dispute resolution programs are acceptable to the Defendants, on the above referenced matter.

BAYVIEW FINANCIAL TRADING GROUP, LP,
FIRST UNION NATIONAL BANK and
INTERBAY FUNDING, LLC
By their attorneys,

_____
Paul Michienzie, Esq. – BBO #548701
David P. Russman, Esq. – BBO #567796
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: 617-227-5660

Dated: 6/23/04

{00054533.DOC}

2

## CERTIFICATE OF SERVICE

    I, Michael J. Smith, Esquire for Bayview Financial Trading Group, LP; First Union National Bank; and Interbay Funding LLC, hereby certify that I served a copy of the *Defendants' Bayview Financial, First Union National Bank and Interbay Funding, L.L.C.'s Counsel's Certificate of Compliance With Local rule 16(b), Rule 16.4, and Rule 16.1(D)(a),* upon the following by regular mail on June 30, 2004.

Marc E. Chapdelaine, Esq.  
George O. Gregson, P.C.  
325 Central Street  
Saugus, MA 01906

Todd McGrath, Esq.  
Seyfarth Shaw  
Two Seaport Lane  
Boston, MA 02210

Jordan Shapiro, Esq.  
Shapiro & Hender  
640 Main Street  
P.O. Box 392  
Malden, MA 02148

*/s/ Michael J. Smith*  
Michael J. Smith

{00054533.DOC}                    2