UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:04-CV-10855-RWZ

| | |
|---|---|
| BETTINA SCOTT ) | |
| ) | |
| VS ) | NOTICE OF |
| ) | APPEARANCE FOR DEFENDANTS, |
| SCOTT ROSENTHAL, ) | SCOTT ROSENTHAL and CHARTERED |
| CHARTERED FINANCE AND ) | FINANCE AND REALTY CORP. |
| REALTY CORP. Etals ) | |
| Etals ) | |

Now comes Jordan L. Shapiro and files this notice of appearance as counsel for Defendants, Scott Rosenthal and Chartered Finance and Realty Corp. (without consenting to jurisdiction of the Court over said Defendants.)

BY THEIR ATTORNEY,
Specially appearing,

JORDAN L. SHAPIRO
SHAPIRO & HENDER
640 Main Street, PO Box 392
Malden, MA 02148
781 324 5200
BBO #454240

DATED: July 26, 2004