UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT )<br>    Plaintiff )<br>)<br>v. )<br>)<br>SCOTT ROSENTHAL and CHARTERED )<br>FINANCE AND REALTY CORP., and )<br>BAYVIEW FINANCIAL TRADING )<br>GROUP, L.P. and FIRST UNION )<br>NATIONAL BANK and INTERBAY )<br>FUNDING, L.L.C. and KATHLEEN M. )<br>HAYES and MARK HAYES a/k/a )<br>MICHAEL HAYES )<br>    Defendants ) | 1:04-CV-10855-RWZ |

MOTION TO CONTINUE HEARING ON DEFENDANT, ROSENTHAL'S
MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404 WITH STATEMENT OF REASONS

Now come Scott Rosenthal and Chartered Finance and says:

1. Counsel will be in Pennsylvania on a brief vacation throughout the week of August 23, 2004.

2. This matter is scheduled for hearing on August 26, 2004 at 2:00 PM.

3. All counsel assent to a continuance of the hearing until the next available date, at the Court's convenience.

WHEREFORE, the Defendants move that the hearing scheduled for August 26, 2004 be continued to a date selected by the Court.

                        SCOTT ROSENTHAL AND CHARTERED
                            FINANCE AND REALTY CORPORATION
                        By their Attorney,

                        _____
                        Jordan L. Shapiro
                        BBO#: 454240
                        SHAPIRO & HENDER
                        640 Main Street
                        Malden, MA 02148
                        (781) 324-5200

DATED: August 19, 2004

ASSENTED TO:

_____
TODD McGRATH, counsel
for Hayes' Defendants

_____
DAVID RUSSMAN, counsel
for Bayview, First Union and Interbay
Defendants

_____
MARC E. CHAPDELAINE, counsel
for Plaintiff