UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT,<br>    Plaintiff<br><br>v.<br><br>SCOTT G. ROSENTHAL; CHARTERED<br>FINANCE AND REALTY CORP.;<br>BAYVIEW FINANCIAL TRADING<br>GROUP, LP; FIRST UNION NATIONAL<br>BANK; INTERBAY FUNDING, L.L.C.;<br>KATHLEEN M. HAYES; MARK D.<br>HAYES a/k/a MICHAEL HAYES<br>    Defendants | 1:04-CV-10855-RWZ |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please be advised that I am no longer with Michienzie & Sawin LLC. My new address is as follows:

> The Russman Law Firm, P.C.
> 194 E Street, Suite 1
> Boston, MA 02127
> 617.464.2332

Please note that I am continuing to represent the Defendants Bayview Financial Trading Group, L.P., First Union National Bank, and Interbay Funding LLC. Michienzie & Sawin LLC will be filing a *Notice of Withdrawal*, if it has not done so already.

BAYVIEW FINANCIAL TRADING GROUP, L.P.,
FIRST UNION NATIONAL BANK
INTERBAY FUNDING LLC
By their attorney,

*David P. Russman* (BBO 567796)
The Russman Law Firm, P.C.
194 E Street, Suite 1
Boston, MA 02127
617.464.2332

Dated:   December 6, 2004

## Certificate of Service

I, David P. Russman, hereby certify that I served a true copy of the above document upon the following on December 6, 2004 via first-class mail:

Marc E. Chapdelaine, Esq.
Law Office of George Gregson
325 Central Street
Saugus, MA  01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Landing
Boston, MA  02210

Jordan L. Shapiro, Esq.
Shapiro & Hender
640 Main Street
Malden, MA  02148

Michienzie & Sawin LLC
745 Boylston Street
Boston, MA  02116

*David P. Russman*