UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTINA SCOTT,<br>    Plaintiff,<br><br>v.<br><br>SCOTT G. ROSENTHAL,<br>CHARTERED FINANCE AND REALTY CORP.,<br>BAYVIEW FINANCIAL TRADING GROUP, LP,<br>FIRST UNION NATIONAL BANK and<br>INTERBAY FUNDING, L.L.C.,<br>KATHLEEN M. HAYES,<br>MARK D. HAYES a/k/a MICHAEL HAYES,<br>    Defendants. | 1:04-CV-10855-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw the appearance of Paul Michienzie and Michienzie & Sawin LLC on behalf of the Defendants Bayview Financial Trading Group, LP, First Union National Bank and Interbay Funding, LLC.

                              BAYVIEW FINANCIAL TRADING GROUP, LP,
                              FIRST UNION NATIONAL BANK and
                              INTERBAY FUNDING, LLC
                              By their attorneys,

                              /s/ Paul Michienzie

                              Paul Michienzie, Esq. – BBO #548701
                              Michienzie & Sawin LLC
                              745 Boylston Street, 5th Floor
Dated: 12/17/04                   Boston, MA 02116
                              Tel: 617-227-5660

## CERTIFICATE OF SERVICE

I, Paul Michienzie, Esquire for Bayview Financial Trading Group, LP; First Union National Bank; and Interbay Funding LLC, hereby certify that I served a copy of the Notice of Withdrawal of Appearance upon the following by regular mail on December ___, 2004.

Marc E. Chapdelaine, Esq.
George O. Gregson, P.C.
325 Central Street
Saugus, MA   01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Lane
Boston, MA   02210

Jordan Shapiro, Esq.
Shapiro & Hender
640 Main Street
P.O. Box 392
Malden, MA   02148

_____
Paul Michienzie

{00054533.DOC}    2