UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTINA SCOTT, )
    Plaintiff, )
 )
v. )
 )
SCOTT G. ROSENTHAL, )
CHARTERED FINANCE AND REALTY CORP., )
BAYVIEW FINANCIAL TRADING GROUP, LP, )
FIRST UNION NATIONAL BANK and ) 1:04-CV-10855-RWZ
INTERBAY FUNDING, L.L.C., )
KATHLEEN M. HAYES, )
MARK D. HAYES a/k/a MICHAEL HAYES, )
    Defendants. )

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw the appearance of Paul Michienzie and Michienzie & Sawin LLC on behalf of the Defendants Bayview Financial Trading Group, LP, First Union National Bank and Interbay Funding, LLC.

        BAYVIEW FINANCIAL TRADING GROUP, LP,
        FIRST UNION NATIONAL BANK and
        INTERBAY FUNDING, LLC
        By their attorneys,

Dated: 12/17/01

        Paul Michienzie, Esq. – BBO #548701
        Michienzie & Sawin LLC
        745 Boylston Street, 5th Floor
        Boston, MA 02116
        Tel: 617-227-5660

## CERTIFICATE OF SERVICE

    I, Paul Michienzie, Esquire for Bayview Financial Trading Group, LP; First Union National Bank; and Interbay Funding LLC, hereby certify that I served a copy of the Notice of Withdrawal of Appearance upon the following by regular mail on December ___, 2004.

Marc E. Chapdelaine, Esq.
George O. Gregson, P.C.
325 Central Street
Saugus, MA  01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Lane
Boston, MA  02210

Jordan Shapiro, Esq.
Shapiro & Hender
640 Main Street
P.O. Box 392
Malden, MA  02148

                                                          _____
                                                          Paul Michienzie