UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2 ⊓ 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| BETTINA SCOTT,<br>　　Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) |  |
| SCOTT G. ROSENTHAL; CHARTERED<br>FINANCE AND REALTY CORP.;<br>BAYVIEW FINANCIAL TRADING<br>GROUP, LP; FIRST UNION NATIONAL<br>BANK; INTERBAY FUNDING, L.L.C.;<br>KATHLEEN M. HAYES; MARK D.<br>HAYES a/k/a MICHAEL HAYES<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:04-CV-10855-RWZ |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

### TO THE CLERK OF THE ABOVE-NAMED COURT:

Now come the parties in the above-referenced action pursuant to Fed.R.Civ.P.

41(a)(1)(ii) and hereby stipulate that all claims, counterclaims and cross-claims amongst and

between the Plaintiff and Bayview Financial Trading Group, LP; First Union National Bank;

Interbay Funding, L.L.C.; Kathleen M. Hayes; and Mark D. Hayes a/k/a Michael Hayes, are

hereby dismissed with prejudice, and without costs, and each party waives all rights of appeal.

BETTINA SCOTT,
By her attorney,

Marc E. Chapdelaine, Esq.
Law Office of George Gregson
325 Central Street
Saugus, MA  01906

BAYVIEW FINANCIAL TRADING GROUP, L.P.,
FIRST UNION NATIONAL BANK
INTERBAY FUNDING LLC
By their attorney,

David P. Russman (BBO 567796)
The Russman Law Firm, P.C.
194 E Street, Suite 1
Boston, MA  02127
617.464.2332


KATHLEEN M. HAYES,
MARK D. HAYES a/k/a MICHAEL HAYES
By their attorney,

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Landing
Boston, MA  02210


SCOTT G. ROSENTHAL and
CHARTERED FINANCE AND REALTY CORP.

Jordan L. Shapiro, Esq.
Shapiro & Hender
640 Main Street
Malden, MA  02148