UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -8 P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS

BETTINA SCOTT,
   Plaintiff

v.

SCOTT G. ROSENTHAL; CHARTERED
FINANCE AND REALTY CORP.;
BAYVIEW FINANCIAL TRADING
GROUP, LP; FIRST UNION NATIONAL
BANK; INTERBAY FUNDING, L.L.C.;
KATHLEEN M. HAYES; MARK D.
HAYES a/k/a MICHAEL HAYES
   Defendants

1:04-CV-10855-RWZ

**MOTION OF DEFENDANTS
BAYVIEW FINANCIAL TRADING GROUP, LP;
FIRST UNION NATIONAL BANK;
and INTERBAY FUNDING, LLC,
TO RE-OPEN CASE FOR THE LIMITED PURPOSE
OF VACATING THE ORDER OF DISMISSAL
and
ENTERING THE STIPULATION OF DISMISSAL WITH PREJUDICE
<u>AS AN ORDER OF THE COURT</u>**

Now come the defendants Bayview Financial Trading Group, LP; First Union National Bank; and Interbay Funding, L.L.C. (collectively, "Bayview") and respectfully move that this Honorable Court re-open this case for the limited purpose of (1) vacating the Order that it entered on or about January 27, 2005 granting the Defendants Scott G. Rosenthal and Chartered Finance and Realty Corp.'s *Motion to Dismiss or In the Alternative to Transfer Venue*, (2) entering the *Stipulation of Dismissal with Prejudice* that was filed on or about February 2, 2005

as an Order of the Court, and (3) re-imposing the transfer venue Order as to the remaining Defendants. As grounds for this Motion, Bayview states as follows.

It appears that on January 27, 2005, this Court ordered that the venue of this case be transferred to New York so that the Plaintiff can pursue Defendants Scott G. Rosenthal and Chartered Finance and Realty Corp. in New York. While the *Motion to Dismiss or In the Alternative to Transfer Venue* was under advisement, the parties were negotiating the dismissal of this action with prejudice as to Bayview and Kathleen M. Hayes and Mark D. Hayes a/k/a Michael Hayes. Those negotiations resulted in the *Stipulation of Dismissal with Prejudice* that was filed on or about February 2, 2005, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). However, the *Stipulation of Dismissal with Prejudice* was filed after the Court ordered the venue transfer and closed the case.

Via this Motion, Bayview seeks to have the *Stipulation of Dismissal with Prejudice* filed and entered as on Order of the Court so that there is no possibility that the Plaintiff can resurrect her claims against Bayview (and Kathleen M. Hayes and Mark D. Hayes a/k/a Michael Hayes) in New York or anywhere else.

No party will be prejudiced by the granting of this Motion, but Bayview (and Kathleen M. Hayes and Mark D. Hayes a/k/a Michael Hayes) will be prejudiced if it is denied, as the Plaintiff may be able to resurrect her claims against them.

**Wherefore**, Bayview Financial Trading Group, LP; First Union National Bank; and Interbay Funding, L.L.C. respectfully request (1) that this case be re-opened, (2) that the Order of transfer of venue be vacated, (3) that the *Stipulation of Dismissal with Prejudice* that was filed on or about February 2, 2005 be entered, and (4) that the Order of transfer of venue be re-

imposed as to the remaining defendants only, Scott G. Rosenthal and Chartered Finance and Realty Corp.

Respectfully submitted,
BAYVIEW FINANCIAL TRADING GROUP, L.P.,
FIRST UNION NATIONAL BANK,
INTERBAY FUNDING LLC,
By their attorney,

*/s/ David P. Russman*
David P. Russman (BBO 567796)
The Russman Law Firm, P.C.
194 E Street, Suite 1
Boston, MA 02127
617.464.2332

## Certificate of Service

I, David P. Russman, hereby certify that I served a true copy of the above document upon the following on February 4, 2005 via first-class mail:

Marc E. Chapdelaine, Esq.
Law Office of George Gregson
325 Central Street
Saugus, MA 01906

Todd McGrath, Esq.
Seyfarth Shaw
Two Seaport Landing
Boston, MA 02210

Jordan L. Shapiro, Esq.
Shapiro & Hender
640 Main Street
Malden, MA 02148

*/s/ David P. Russman*
David P. Russman